Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 19−10191−MLB
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Natalie Canniff
aka Natalie Nevitt
402 N. Spruce Street
Burlington, WA 98233

Social Security / Individual Taxpayer ID No.:
xxx−xx−9652

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **April 26, 2019 for Natalie Canniff, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: April 26, 2019

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court